**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
KOLMAR AMERICAS INC.,

                Plaintiff,             21 **CIVIL** 2361 (CM)

    -against-                **JUDGMENT**

MYCONE DENTAL SUPPLY CO., INC.,

                Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated November 1, 2021, Defendant's motion to dismiss is granted.

**Dated:**  New York, New York
           November 8, 2021

                                            **RUBY J. KRAJICK**
                                                 Clerk of Court
                             **BY:**
                                                        **Deputy Clerk**